UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETE TULS,

                Plaintiff,

-against-

ALTERYX, INC., MARK ANDERSON, DEAN A. STOECKER, CHARLES R. CORY, JEFFREY L. HORING, ANJALI JOSHI, TIMOTHY I. MAUDLIN, CECE MORKEN, EILEEN M. SCHLOSS, and DAN WARMENHOVEN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/29/2024

24 Civ. 936 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court intends to consolidate this action with *Miller v. Alteryx, Inc. et al.*, No. 24 Civ. 1147. By **March 8, 2024**, any interested attorneys shall file requests to be appointed lead counsel. Opposition to any such application shall be filed by **March 12, 2024.**

    SO ORDERED.

Dated: February 29, 2024
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge